AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANTHONY DEWAYNE YOUNG | ) | Case No.   4:25 MJ 6183 PLC |
| | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) | FILING BY RELIABLE ELECTRONIC MEANS |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 24, 2025___ in the county of ___St. Louis County___ in the ___Eastern___ District of ___Missouri___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**I state under the penalty of perjury that the following is true and correct.**

*Complainant's signature*

Detective Sammy Numan, Ferguson PD
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date:   07/25/2025

*Judge's signature*

City and state:   St. Louis, Missouri      Honorable Patricia L. Cohen , U.S. Magistrate Judge
*Printed name and title*